IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA FRANZEN, | ) |
| Plaintiff, | ) 4:05CV3134 |
| v. | ) |
| GREAT LAKES AVIATION, LTD. | ) ORDER |
| Defendant. | ) |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by June 24, 2005, file their Report of Parties' Planning Conference.

DATED    June 7, 2005

/s/ David L. Piester
United States Magistrate Judge