## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA FRANZEN, ) | Case No. 4:05CV3134 |
| ) | |
| Plaintiff, ) | |
| ) | **REASSIGNMENT ORDER** |
| v. ) | |
| ) | |
| GREAT LAKES AVIATION, LTD., ) | |
| ) | |
| Defendant. ) | |

A request has been received for random reassignment of this case to a United States District Judge. Accordingly,

IT IS ORDERED that this case is reassigned to United States District Judge Richard G. Kopf for disposition and to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters.

DATED this 10th day of June, 2005.

BY THE COURT:

s/ Joseph F. Bataillon, Chief Judge
United States District Court