```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

LISA FRANZEN,                    )
                                 )
              Plaintiff,         )         4:05CV3134
                                 )
      v.                         )
                                 )
GREAT LAKES AVIATION, LTD.,      )         ORDER
                                 )
              Defendant.         )
                                 )
```

IT IS ORDERED:

The joint motion of the parties, filing 22, is granted and paragraph 10 of the progression order (filing 20) is amended to reflect that trial of this case shall be by jury.

DATED this 8th day of November, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge