IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LISA FRANZEN,                    )
                                 )
          Plaintiff,             )              4:05CV3134
                                 )
     v.                          )
                                 )
GREAT LAKES AVIATION, LTD.,      )                ORDER
                                 )
          Defendant.             )
_____)

IT IS ORDERED:

The parties' stipulation for extended time periods, filing 24, is granted in part, and the progression order, filing 20, is amended as follows:

1.  The expert witness disclosure deadline is continued to January 13, 2006;

2.  The non-expert witness disclosure deadline is extended to January 20, 2006;

3.  The deadline for disclosing exhibits and discovery designations is extended to February 3, 2006; and

4.  The deadline for filing motions in limine concerning expert witness testimony is extended to February 3, 2006.

5.  The pretrial conference previously scheduled for January 26, 2006 at 11:00 a.m. is rescheduled to February 9, 2006 at 10:00 a.m. in the chambers of the undersigned.

6.  All other provisions of the extant progression order, filing 20 as amended, including the summary judgment deadline and the trial setting, remain in effect.

DATED this 13th day of December, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge