IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LISA FRANZEN, | ) | 4:05CV3134 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| GREAT LAKES AVIATION, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

On December 13, 2005, Magistrate Judge Piester entered an order (filing 25) that granted in part a joint motion to modify the case progression schedule by extending certain time periods. On December 19, 2005, Defendant filed a statement of appeal (filing 28) because the summary judgment deadline was not extended, as had been requested by the parties. Upon careful review, conducted pursuant to 28 U.S.C. § 636(b)(1)(A), Fed. R. Civ. P. 72(a), and NECivR 72.2,[1] I find that the challenged order is not clearly erroneous or contrary to law. Therefore,

IT IS ORDERED that:

1. Defendant's statement of appeal (filing 28) is denied.

2. The Magistrate Judge's order entered on December 13, 2005 (filing 25), is sustained and shall not be disturbed.

December 22, 2005.                BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge

---

[1] Because Defendant's filing is specifically designated as a statement of appeal filed pursuant to NECivR 72.2, I will not sua sponte treat the filing as a motion for reconsideration directed to Judge Piester under NECivR 60.1.