IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LISA FRANZEN, | ) | 4:05CV3134 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| GREAT LAKES AVIATION, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

1. Defendant's motion for leave to file a brief (filing 32) is granted <u>instanter</u>.

2. Defendant's request for oral argument on its summary judgment motion, endorsed on the brief (filing 33), is denied.

December 22, 2005.                    BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge