IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LISA FRANZEN, | ) | 4:05CV3134 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| GREAT LAKES AVIATION, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for enlargement of time (filing 39) is granted, as follows:

Plaintiff shall have until January 23, 2006, to respond to Defendant's motion for summary judgment (filing 26).

December 29, 2005.                    BY THE COURT:

                                       s/ *Richard G. Kopf*
                                       United States District Judge