IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LISA FRANZEN, | ) | 4:05CV3134 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| GREAT LAKES AVIATION, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation (filing 45) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs.

January 23, 2006.                BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge